UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ELAINE L. CHAO, Secretary,
United States Department of Labor,

**STIPULATION OF**
**SETTLEMENT**
**AND ORDER**

                    Plaintiff,

              against -

Civil Action
No. CV-04-1808
(EV) (JA)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★    **AUG 2 3 2006**    ★

LOCAL 804, DELIVERY AND WAREHOUSE
EMPLOYEES OF THE INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, AFL-CIO,

                    Defendant.
------------------------------------------------------------X

P.M. _____
TIME A.M. _____

**WHEREAS,** Plaintiff Secretary of the United States Department of Labor (the "Secretary") brought this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (Act of September 14, 1959, 73 Stat. 519 *et seq.*), hereinafter referred to as the Act, to set aside the regular election for the office of President, conducted by the Defendant Local 804, Delivery and Warehouse Employees of the International Brotherhood of Teamsters ("Local 804") on November 20, 2003; and

**WHEREAS,** the parties wish to reach a full and final settlement of this action in accordance with the terms set forth in this Stipulation of Settlement and Order.

**IT IS HEREBY STIPULATED** by the parties as follows:

1.      Local 804 shall conduct new nominations and a new election for the office of President under the supervision of the Secretary, such supervised election to coincide with Local 804's next regularly scheduled election, to be completed no later than

*1/4*

November, 2006. The election shall be conducted in accordance with Title IV of the Act (29 U.S.C. Section 481, *et seq.*), and, insofar as lawful and practicable, in accordance with Local 804's By-Laws and the Constitution of the International Brotherhood of Teamsters. The winner of the supervised election for President shall serve a full three (3) year term as specified in Local 804's By-Laws and the Constitution of the International Brotherhood of Teamsters.

2.   All decisions as to the interpretation or application of Title IV of the Act, and Local 804's By-Laws and the Constitution of the International Brotherhood of Teamsters which relate to the supervised election, are to be determined by the Secretary, and her decision shall be final, unless and until any such decision is, on application by the Local 804, set aside by the Court.

3.   The Court shall retain jurisdiction of this action and after completion of the election, plaintiff Secretary shall certify to the Court the name of the person so elected, that such election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with the provisions of Local 804's By-Laws and the Constitution of the International Brotherhood of Teamsters. Upon approval of such certification, the Court shall enter a judgment declaring that such person has been elected as shown by such certification to serve a three (3) year term of office, and further providing that each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

4.   This Order is not intended, and shall not be construed, as an admission that Local 804, or any of its officers, employees or agents violated any law or committed any wrong.

2/4

08-15-06   03:25pm   From-Meyer Suozzi                                            T-732   P 004/004   F-822

PLAINTIFF

ROSLYNN MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Plaza, 14th Fl.
Brooklyn, NY 11201

DATED: August ___, 2006                        By:

_____
RICHARD K. HAYES
Assistant U.S. Attorney
(718) 254-6050

DEFENDANT

MEYER, SUOZZI, ENGLISH
& KLEIN, P.C.
1350 Broadway, Suite 501
New York, N.Y. 10018

DATED: August 15th 2006                   By: _____
                                                   RICHARD N. GILBERG

SO ORDERED

On this ___ day of August, 2006.

_____
HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

3/4

PLAINTIFF

ROSLYNN MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Plaza, 14th Fl.
Brooklyn, NY 11201

DATED: August 15, 2006          By:

RICHARD K. HAYES
Assistant U.S. Attorney
(718) 254-6050

DEFENDANT

MEYER, SUOZZI, ENGLISH
& KLEIN, P.C.
1350 Broadway, Suite 501
New York, N.Y. 10018

DATED: August ___, 2006          By:

RICHARD N. GILBERG

**SO ORDERED**

On this 21st day of August, 2006.

/s/

HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

4/4



**U.S. Department of Justice**

_United States Attorney_
_Eastern District of New York_

_One Pierrepont Plaza_
_Brooklyn, New York 11201_

_Mailing Address:_   _147 Pierrepont Street_
_Brooklyn, New York 11201_

August 15, 2006

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room 714S
Brooklyn, NY 11201

Re:   Chao v. Local 804, Civil Action No. CV-04-1808
(Vitaliano, J) (Azarack, M.J.)

Dear Judge Vitaliano:

On behalf of both parties we, respectfully enclose a Stipulation of Settlement and Proposed Order whereby this action would be settled.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District Of New York
One Pierrepont Plaza, 14th Fl.
Brooklyn, New York 11201

By:   RICHARD K. HAYES
Assistant U.S. Attorney
(718) 254-6050

cc: Robert N. Gilberg
Richard Brook