UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

———————————————————

ELAINE L. CHAO,
Secretary of Labor,
United States Department of Labor,

                Plaintiff,

      v.

LOCAL 804, DELIVERY AND WAREHOUSE
EMPLOYEES OF THE INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

                Defendant.

———————————————————

CIVIL ACTION NO.

CV-04-1808
(EV)(JA)

## CERTIFICATION OF ELECTION

      The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement and Order entered August 23, 2006, in the United States District Court for the Eastern District of New York, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidate has been duly elected to the office designated:

Howard Redmond                    President

Signed this ___ day of January, 2007.

_Patricia Fox_

_____
Patricia Fox, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor