

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*

*Brooklyn, New York  11201*

*Mailing Address:*   147 Pierrepont Street
                                    Brooklyn, New York  11201

April 12 2007

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room 714S
Brooklyn, NY 11201

      Re:    Chao v. Local 804, Civil Action No. CV-04-1808
             (Vitaliano, J) (Azrack, M.J.)

Dear Judge Vitaliano:

      On behalf of Plaintiff Elaine L. Chao, Secretary of Labor, this office respectfully submits a proposed Order and Judgment in this action, which was settled in accordance with the Stipulation of Settlement so-ordered by the Court on August 21, 2007.  This office also encloses a Certification of Election prepared by the Secretary which was filed August 9, 2007.

      Respectfully submitted,

      ROSLYNN R. MAUSKOPF
      United States Attorney
      Eastern District Of New York
      One Pierrepont Plaza, 14th Fl.
      Brooklyn, New York 11201

                    s/
By:    RICHARD K. HAYES
      Assistant  U.S. Attorney
      (718) 254-6050

cc:  Robert N. Gilberg, Esq.
    Richard Brook, Esq.