UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

                              Plaintiff,

                  -against-

LOCAL 804, DELIVERY AND WAREHOUSE
EMPLOYEES OF THE INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

                              Defendant.
------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★            APR 1 6 2007            ★

**ORDER
AND
JUDGMENT**
                  P.M. _____
TIME A.M. _____

Civil Action No.
CV-04-1808
(EV)(JA)

 

**WHEREAS**, pursuant to Stipulation of Settlement entered as an Order of this Court on

August 23, 2006 ~~August 21, 2007~~, the Defendant, Local 804, Delivery and Warehouse Employees of the International

Brotherhood of Teamsters ("Local 804"), conducted an election for the office of President under the

supervision of the Plaintiff, Secretary of Labor, Elaine L. Chao; and

**WHEREAS**, the Plaintiff has filed a Certification of Election which certifies that:

Howard Redmond was elected to the office of President of Local 804; the supervised election

was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting

and Disclosure Act of 1959, 29 U.S.C. § 481 *et seq.*; and the supervised election was conducted

in accordance with the By Laws of Local 804 and the Constitution of the International

Brotherhood of Teamsters, insofar as lawful and practicable.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Howard Redmond

has been duly elected President of Local 804 to serve a three (3) year term of office, as specified

in the By Laws of Local 804 and the Constitution of the International Brotherhood of Teamsters.

IT IS SO ORDERED,

April ____16____, 2007
Brooklyn, New York

_____
HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE